**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 07-6535**

―――――――――

DONELL J. BLOUNT, SR.,

                                        Plaintiff - Appellant,

        versus

DOCTOR WILLIAMS; D. YATES, R.N.; P. ADAMS,
L.P.N.; C. MORE, L.P.N.; V. PHIPPS; LIEUTENANT
MULLINS; SERGEANT DAY; LIEUTENANT ROSE;
CORPORAL MCCLEAN; CORPORAL FIELDS; R. MULLINS;
CORPORAL LYALL; CORPORAL BAKER; LIEUTENANT
TURNER; J. ARMENTROUT; SERGEANT TATE; CORPORAL
LAWSON; CORPORAL BOYD; CORPORAL JEREMY
FLEMING; CORRECTIONS OFFICER SMITH;
CORRECTIONS OFFICER RATLIFF; SERGEANT O'QUINN;
OFFICER FOSTER; OFFICER PENNINGTON; J.
FLEMING; LIEUTENANT S. MULLINS; S. BOYD; M.
MCCLELLAN,

                                        Defendants - Appellees,

        and

CORPORAL OWENS; CORPORAL TOMKINS; CORPORAL
KENNEDY; CORPORAL LEE; SERGEANT MULLINS;
WARDEN T. RAY; DOCTOR BAILEY, Dentist; Y.
TAYLOR; R. N. ROBERTS; CORPORAL EDWARD;
CORPORAL TAYLOR; CORPORAL BUCHANAN; SERGEANT
PHILLIPS; CORPORAL GREG BOYD; CORPORAL
LAMBERT; GENE M. JOHNSON; JANE DOE; JOHN DOE,

                                        Defendants.

**No. 07-6777**

DONELL J. BLOUNT, SR.,

                                    Plaintiff - Appellant,

     versus

GENTRY, Correctional Officer; SEXTON, Correctional Officer; DOCTOR WILLIAMS; V. PHIPPS, Nurse; T. RAY, Warden; LARRY HUFFMAN, Regional Director; JOHN DOE; NURSE MULLINS; YATES, Registered Nurse; FLEMING; ANDERSON, Correctional Officer; COX, Correctional Officer; RASNICK, Correctional Officer; C/O MULLINS; SERGEANT FLEMING; J. FLEMING,

                                 Defendants - Appellees.

Appeals from the United States District Court for the Western District of Virginia, at Roanoke. Glen E. Conrad, District Judge. (7:05-cv-00556-GEC; 7:06-cv-00312)

Submitted: October 5, 2007       Decided: November 1, 2007

Before NIEMEYER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donell J. Blount, Sr., Appellant Pro Se. Jim Harold Guynn, Jr., GUYNN, MEMMER & DILLON, PC, Roanoke, Virginia; Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Donell J. Blount, Sr., appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaints. We have reviewed the records and find no reversible error. Accordingly, we affirm both orders for the reasons stated by the district court. See Blount v. Williams, No. 7:05-cv-00556-GEC (W.D. Va. filed Mar. 23, 2007 & entered Mar. 26, 2007); Blount v. Gentry, No. 7:06-cv-00312 (W.D. Va. filed May 2, 2007 & entered May 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED